| PROB 22<br>(Rev. 8/97) | | | DOCKET NUMBER *(Tran. Court)*<br>5:05CR01405-001 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER *(Rec. Court)*<br>**08CR 490**<br>**JUDGE MANNING**<br>**MAGISTRATE JUDGE NOLAN** |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Shawn Stephen Swearingen | DISTRICT<br>SOUTHERN DISTRICT OF TEXAS | DIVISION<br>Laredo | |
| | NAME OF SENTENCING JUDGE<br>Micaela Alvarez | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>3/2/2007 | TO<br>3/1/2010 |

OFFENSE

Unlawfully transporting a certain undocumented alien within the United States for private financial gain by means of a motor vehicle, in violation of Title 8 U.S.C. § 1324(a)(1)(B)(i).

RECEIVED JUN 1 9 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS/LAREDO

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Chicago on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

May 27, 2008
Date

United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/CHICAGO

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

JUN 1 9 2008
Effective Date

James F. Holderman
United States District Judge

FILED
JUN 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT